UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

JMTJ CORP. (d/b/a WING BISTRO), CIPOLLA ROSSA ON 61 INC, DOMINGO DOE, JUNIOR DOE, MICHAEL MANISON and FRED MANISON,

                Defendants
----------------------------------------------------------X

Case 1:20-cv-04337-AT

**OFFER OF JUDGMENT TO AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:    Michael Faillace, Esq.
          Michael Faillace & Associates, PC
          60 East 42nd Street, Suite 4510
          New York, NY 10165
          Michael@FaillaceLaw.com

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants JMTJ CORP. (d/b/a WING BISTRO), MICHAEL MANISON and FRED MANISON (collectively "Defendants') hereby offer to allow judgment to be taken against them by Plaintiffs AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES ("Plaintiffs") in the above-captioned action in the total sum of One Hundred and Two Thousand Five Hundred Dollars and Zero Cents ($102,500.00), inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

       This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

       This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiffs suffered any damages.

       Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by

Plaintiffs in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiffs must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Dated: New York, New York
January 1, 2021

Respectfully submitted,

/s/ Edward Paltzik

**Edward Andrew Paltzik**
Joshpe Mooney Paltzik LLP
360 Lexington Ave., Suite 1502
New York, NY 10017
Tel: 212-344-8211
Cell: 516-526-0341
Fax: 212-313-9478
epaltzik@jmpllp.com
*Attorneys for Defendants* JMTJ CORP. (d/b/a WING BISTRO), MICHAEL MANISON and FRED MANISON