UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES, individually and on behalf of others similarly situated,

          Plaintiffs,

-against-

JMTJ CORP. (d/b/a WING BISTRO), CIPOLLA ROSSA ON 61 INC, DOMINGO DOE, JUNIOR DOE, MICHAEL MANISON and FRED MANISON,

          Defendants
----------------------------------------------------------X

**Case** 1:20-cv-04337-AT

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO: **Edward Andrew Paltzik**
Joshpe Mooney Paltzik LLP
360 Lexington Ave., Suite 1502
New York, NY 10017
Tel: 516-526-0341
Fax: 212-313-9478
epaltzik@jmpllp.com

    PLEASE TAKE NOTICE that Plaintiffs AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES hereby accept the offer of judgment made by Defendants JMTJ CORP. (d/b/a WING BISTRO), MICHAEL MANISON and FRED MANISON pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 1, 2021.  A true copy of the offer of judgment is annexed hereto as Exhibit A.
.

Dated: New York, New York
        January 4, 2021

Respectfully submitted,

*/s/ Michael Faillace*
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200