UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

JMTJ CORP. (d/b/a WING BISTRO), CIPOLLA ROSSA ON 61 INC, DOMINGO DOE, JUNIOR DOE, MICHAEL MANISON and FRED MANISON,

        Defendants
-----------------------------------------------------------X

Case 1:20-cv-04337-AT

**JUDGMENT**

On January 4, 2021 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES, have judgment against Defendants JMTJ CORP. (d/b/a WING BISTRO), MICHAEL MANISON and FRED MANISON, (collectively "Defendants"), jointly and severally, in the amount of $102,500.00, (One Hundred and Two Thousand Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

Dated: _____, 20___   SO ORDERED,

                                                                                                          _____