USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

JMTJ CORP. (d/b/a WING BISTRO), CIPOLLA ROSSA ON 61 INC, DOMINGO DOE, JUNIOR DOE, MICHAEL MANISON and FRED MANISON,

        Defendants
-----------------------------------------------------------X

Case 1:20-cv-04337-AT

**JUDGMENT**

On January 4, 2021 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs AGUSTIN SAUL VALERIANO VILLAREAL and PRIXCO SORIANO REYES, have judgment against Defendants JMTJ CORP. (d/b/a WING BISTRO), MICHAEL MANISON and FRED MANISON, (collectively "Defendants"), jointly and severally, in the amount of $102,500.00, (One Hundred and Two Thousand Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

SO ORDERED.

Dated: January 13, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge