UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGUSTIN SAUL VALERIANO VILLAREAL, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CIPOLLA ROSSA ON 61 INC., et al., <br><br> Defendants. | 1:20-cv-04337 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 22, 2022, the Court ordered Plaintiffs to show cause why this action should not be dismissed and closed pursuant to Federal Rule of Civil Procedure 41(b).  *See* ECF No. 55.  Plaintiffs filed a letter on September 27, 2022 (ECF No. 56) stating that the parties settled this case under Rule 68(a) on January 4, 2021 (ECF Nos. 42-43); that the Court entered an Order of Judgment on January 13, 2021 (ECF No. 46); that Plaintiffs do not wish to pursue any further actions in this case; and that Plaintiffs request that the Court close this case.

IT IS HEREBY ORDERED that this case is DISMISSED and CLOSED.  Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is directed to CLOSE the case.

Dated: September 28, 2022
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge